IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

    Plaintiff,                    No. CIV S-08-2526 GGH P

    vs.

K. MORGAN,

    Defendant.                  ORDER

_____/

        By order filed January 26, 2009, the court granted plaintiff thirty days to file an amended complaint. In the January 26th order, the court informed plaintiff of the deficiencies in his complaint. On February 9, 2009, plaintiff filed an interlocutory appeal which was processed to the Ninth Circuit. On March 1, 2009, the Ninth Circuit dismissed the appeal for lack of jurisdiction.

        THEREFORE, plaintiff is directed to file his amended complaint within thirty days of the filed date of this order. Failure to file an amended complaint will result in a recommendation that the action be dismissed. No further extensions will be approved.

DATED: May 8, 2009                    /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:035 - harp2526.ord

1